UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 07383
LEODEL R BASIT
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

          Debtor
SSN XXX-XX-6833


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 03/02/05 and confirmed on 04/15/05.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $  23545.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DAIMLER CHRYSLER FINANCI | SECURED | 14450.00 | 1856.77 | 14450.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 674.18 | .00 | 123.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3280.17 | .00 | 599.84 |
| CAPITAL ONE BANK | UNSECURED | 582.71 | .00 | 106.56 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5527.99 | .00 | 1010.90 |
| KOHLS | UNSECURED | 561.77 | .00 | 102.73 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 7777.24 | .00 | 1422.22 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 854.98 | .00 | 156.35 |

          Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14450.00 | .00 | 19259.04 | .00 | 33709.04 |
| PRINCIPAL PAID | 14450.00 | .00 | 3521.89 | .00 | 17971.89 |
| INTEREST PAID | 1856.77 | .00 | .00 | .00 | 1856.77 |
| TOTAL PAID | 16306.77 | .00 | 3521.89 | .00 | 19828.66 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  2700.00
and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $     971.34 .

Refunds to the Debtor totaled $    145.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 09/09/08
                                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

                              PAGE   2
       CASE NO. 05 B 07383 LEODEL R BASIT